# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:21-cr-126　　　　　　　　　　　　　　　　**Date:** October 25, 2022

United States of America　vs.　Juan Lopez Gallardo/Josedad Delacruz

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Rachel Stone | DCR | Austin Michel |

| Asst. U.S. Atty(s): | Probation Officer(s): | Atty(s) for Defendant(s): |
|---|---|---|
| Kevin Quencer | | Mark Brown <br> Donny Young |

**Others Present:**

**Proceedings:**
This matter was scheduled before the court for a motion hearing to address the motion to continue. Counsel all agreed that a continuance was necessary. The Court granted the motion, and continued this matter to December 13, 2022 at 9:00 a.m. before U.S. District Judge Crytzer. The Court set a new Pretrial Conference of November 29, 2022 at 2:00 p.m. The Court also set a new plea deadline of November 14, 2022. Order to follow.

**Dates set at this hearing:**
- [✓] **Jury Trial:** December 13, 2022 at 9:00 a.m. (Judge Crytzer)
- [✓] **Pretrial Conf.:** November 29, 2022 at 2:00 p.m. (Judge Poplin)
- [ ] **Detention Hrng.:**
- [ ] **Motion Hrng:**
- [ ] **Status Conf:**

**Deadlines set at this hearing:**
- [ ] Discovery DDL:
- [ ] Motion Cut-Off:
- [ ] Response to Mtns:
- [ ] Reciprocal Disc.:
- [✓] Plea DDL: November 14, 2022

[✓] Defendant remanded to custody.　[ ] Defendant released on Order Setting Conditions of Release.

**Time:** 2:30　to　2:50

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.